**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-7159**

_____

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

        v.

JEFFREY A. MARTINOVICH,

                    Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Robert G. Doumar, Senior District Judge.  (4:12-cr-00101-RGD-TEM-1)

_____

Submitted:  December 16, 2014        Decided:  December 18, 2014

_____

Before DUNCAN and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Jeffrey A. Martinovich, Appellant Pro Se.  V. Kathleen Dougherty, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia; Scott W. Putney, Norfolk, Virginia; Brian James Samuels, Assistant United States Attorney, Newport News, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey A. Martinovich appeals the district court's order denying his motion for leave to file an amended brief. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Martinovich, No. 4:12-cr-00101-RGD-TEM-1 (E.D. Va. July 28, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED